

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Oct 19, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 27, 2023

No. 22-30260

Lyle W. Cayce
Clerk

---

Troy Fleming, *On behalf of themselves and all other similarly situated*;
Jarrod Nabor, *On behalf of themselves and all other similarly situated*;
Davarian Ursin, *On behalf of themselves and all other similarly situated*;
Charles Ziegeler, *On behalf of themselves and all other similarly situated*; Ronnie Millet, *On behalf of themselves and all other similarly situated*,

*Plaintiffs—Appellants*,

*versus*

Bayou Steel BD Holdings II L.L.C.; Black Diamond Capital Management L.L.C.,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-1476

---

Before Smith, Clement, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.