FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
fishmanhaygood.com

**Julie S. Meaders**
d: 504-586-5260
jmeaders@fishmanhaygood.com

March 26th, 2024

*Via e-file and email to emma_looney@laed.uscourts.gov*

Honorable Carl J. Barbier
District Judge
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street, C256
New Orleans, LA 70130

Re: *Fleming et al. v. Black Diamond Capital Management, LLC*
Civil Action No. 20 – 1476, Section J(4), EDLA
Plaintiffs' Deposition Designations for Trial

Dear Judge Barbier,

Plaintiffs submit this letter to provide a list of their deposition designations, which designations were submitted to chambers via flash drive prior to noon on Friday, March 22, 2024, in accordance with R. Doc. 146, and a hard copy of which are being provided to chambers simultaneously herewith.

## DEPOSITION OF ROBERT ARCHAMBAULT

| Start | End |
|---|---|
| 12:24 | 13:04 |
| 17:21 | 19:06 |
| 19:14 | 21:11 |
| 30:9 | 31:11 |
| 33:1 | 33:14 |
| 38:15 | 39:1 |
| 39:5 | 39:18 |
| 42:16 | 42:23 |
| 43:12 | 44:6 |
| 48:23 | 50:9 |
| 51:2 | 51:8 |
| 60:14 | 61:9 |
| 67:18 | 69:3 |
| 75:16 | 77:25 |
| 79:2 | 79:23 |
| 80:1 | 80:13 |
| 80:17 | 82:23 |
| 84:23 | 85:8 |

FishmanHaygood

| | |
|---|---|
| 87:16 | 90:15 |
| 90:20 | 91:24 |
| 92:17 | 96:5 |
| 99:12 | 99:25 |
| 102:12 | 102:22 |
| 103:1 | 103:20 |
| 104:14 | 109:19 |
| 110:7 | 110:24 |
| 112:1 | 112:7 |
| 112:10 | 112:21 |
| 112:24 | 113:18 |
| 114:23 | 116:24 |
| 117:7 | 117:21 |
| 118:17 | 120:19 |
| 120:23 | 122:10 |
| 124:3 | 127:7 |
| 127:10 | 127:19 |
| 129:15 | 129:20 |
| 130:4 | 130:17 |
| 131:3 | 135:19 |
| 136:5 | 136:21 |
| 137:18 | 138:14 |
| 138:17 | 139:20 |
| 140:17 | 142:24 |
| 143:3 | 143:13 |
| 143:20 | 145:2 |
| 146:18 | 148:13 |
| 148:15 | 150:3 |
| 151:1 | 151:22 |
| 153:6 | 153:121 |
| 153:15 | 153:25 |
| 154:2 | 154:7 |
| 160:10 | 161:25 |
| 162:6 | 163:11 |
| 163:22 | 165:23 |
| 166:25 | 167:8 |
| 170:8 | 171:23 |
| 174:24 | 178:4 |
| 182:2 | 182:20 |
| 184:21 | 185:25 |
| 186:2 | 186:11 |
| 188:7 | 188:12 |
| 188:14 | 188:17 |

**DEPOSITION OF KRISTEN BARNEY**

2

FishmanHaygood

| Start | End |
|---|---|
| 10:24 | 11:2 |
| 11:18 | 12:1 |
| 16:8 | 16:15 |
| 17:8 | 17:12 |
| 17:15 | 17:22 |
| 17:24 | 19:4 |
| 20:21 | 21:4 |
| 33:4 | 33:19 |
| 34:25 | 35:10 |
| 35:25 | 38:25 |
| 40:10 | 41:16 |
| 41:24 | 42:3 |
| 42:21 | 42:24 |
| 44:20 | 46:9 |
| 46:25 | 47:12 |
| 48:1 | 48:12 |
| 52:6 | 52:12 |
| 55:1 | 55:13 |
| 63:4 | 65:2 |
| 67:1 | 67:19 |
| 68:24 | 69:6 |
| 70:9 | 71:11 |
| 73:13 | 76:8 |
| 79:9 | 79:15 |
| 84:18 | 86:16 |
| 87:16 | 88:7 |
| 89:13 | 89:15 |
| 90:1 | 90:4 |
| 92:25 | 93:16 |
| 95:14 | 96:16 |
| 96:19 | 96:23 |
| 99:18 | 99:22 |
| 99:24 | 100:10 |
| 101:12 | 101:23 |
| 102:20 | 103:14 |
| 104:3 | 104:17 |
| 105:18 | 106:6 |
| 107:5 | 108:23 |
| 109:9 | 109:12 |
| 112:2 | 115:5 |
| 116:9 | 119:5 |
| 120:9 | 122:1 |

FishmanHaygood

| | |
|---|---|
| 122:4 | 122:6 |
| 122:24 | 123:3 |
| 123:5 | 128:12 |
| 128:15 | |
| 129:2 | 129:11 |
| 129:15 | 135:10 |
| 135:13 | 140:7 |
| 141:9 | 142:7 |
| 142:13 | 143:23 |
| 145:7 | 148:3 |
| 148:17 | 151:21 |
| 155:7 | 156:15 |
| 157:17 | 158:20 |
| 159:1 | 160:4 |
| 160:7 | 163:13 |
| 164:14 | 166:6 |
| 166:10 | 167:9 |
| 167:12 | 170:2 |
| 171:8 | 172:6 |
| 174:17 | 174:21 |
| 174:25 | 175:5 |
| 175:9 | 175:12 |

FishmanHaygood

## DEPOSITION OF JAMES HOGARTH

| Start | End |
|---|---|
| 10:8 | 10:23 |
| 11:6 | 12:4 |
| 14:10 | 14:12 |
| 23:3 | 24:9 |
| 25:2 | 25:6 |
| 40:11 | 40:20 |
| 40:23 | 41:10 |
| 41:13 | 42:19 |
| 41:24 | 43:13 |
| 50:1 | 50:14 |
| 61:21 | 62:25 |
| 63:3 | 63:16 |
| 67:21 | 68:4 |
| 68:13 | 69:17 |
| 77:3 | 77:5 |
| 77:21 | 78:14 |
| 78:18 | 78:22 |
| 79:13 | 80:11 |
| 100:16 | 101:7 |
| 101:10 | 101:22 |
| 101:25 | 102:7 |
| 102:10 | 102:19 |
| 102:22 | 103:5 |
| 103:8 | 103:22 |
| 105:13 | 105:14 |
| 105:17 | 109:21 |
| 109:24 | 111:4 |
| 111:7 | 112:16 |
| 112:19 | 114:23 |
| 115:1 | 115:6 |
| 115:9 | 115:18 |
| 115:21 | 117:9 |
| 117:12 | 117:16 |
| 117:19 | 117:24 |
| 118:2 | 118:17 |
| 118:20 | 119:4 |
| 121:11 | 121:24 |
| 122:2 | 122:7 |
| 122:10 | 123:4 |
| 123:7 | 123:17 |
| 124:24 | 125:8 |

| | |
|---|---|
| 125:11 | 126:15 |
| 126:18 | 126:20 |
| 127:4 | 127:21 |
| 129:4 | 130:17 |
| 130:20 | 131:2 |
| 133:25 | 136:10 |
| 136:13 | 136:18 |
| 136:21 | 137:12 |
| 137:15 | 137:25 |

## DEPOSITION OF KEVIN KIRKLAND

| Start | End |
|-------|-------|
| 13:11 | 14:15 |
| 17:4 | 18:8 |
| 20:14 | 22:2 |
| 22:5 | 22:8 |
| 23:8 | 23:21 |
| 23:24 | 24:13 |
| 24:16 | 24:23 |
| 25:1 | 25:15 |
| 25:18 | 26:14 |
| 27:7 | 27:11 |
| 32:16 | 32:23 |
| 33:1 | 33:11 |
| 33:14 | 34:25 |
| 43:14 | 43:19 |
| 43:22 | 43:24 |
| 46:15 | 47:9 |
| 50:23 | 51:15 |
| 52:24 | 54:14 |
| 55:7 | 55:8 |
| 55:18 | 56:8 |
| 56:11 | 57:5 |
| 57:8 | 58:3 |
| 58:6 | 59:13 |
| 59:16 | 60:7 |
| 65:21 | 68:6 |
| 68:9 | 68:25 |
| 69:3 | 69:16 |
| 69:19 | 71:7 |
| 72:8 | 72:24 |
| 73:6 | 73:14 |
| 74:17 | 75:20 |
| 75:23 | 76:18 |
| 76:21 | 76:23 |
| 77:15 | 77:20 |
| 80:19 | 81:11 |
| 82:10 | 82:11 |
| 83:8 | 84:14 |
| 84:17 | 84:25 |
| 85:24 | 86:6 |
| 87:23 | 87:24 |
| 88:2 | 88:22 |

FishmanHaygood

| | |
|---|---|
| 88:25 | 89:5 |
| 89:7 | 89:8 |
| 91:2 | 91:20 |
| 93:5 | |
| 93:14 | 94:24 |
| 95:2 | 96:23 |
| 99:18 | 99:22 |
| 99:25 | 100:11 |
| 103:2 | 103:4 |
| 107:17 | 107:18 |
| 108:4 | 112:17 |
| 113:3 | 113:21 |
| 115:13 | 116:20 |
| 119:5 | 122:7 |
| 122:10 | 123:16 |
| 124:17 | 126:11 |
| 132:7 | 132:25 |
| 133:20 | 135:20 |
| 135:23 | 137:4 |
| 141:19 | 143:24 |
| 154:24 | 155:6 |
| 163:2 | 163:15 |
| 164:1 | 164:24 |
| 165:2 | 165:5 |
| 165:8 | 166:6 |
| 169:13 | 170:4 |
| 174:21 | 175:6 |
| 175:9 | 175:16 |
| 200:1 | 200:16 |
| 216:1 | 216:9 |
| 216:12 | 216:23 |
| 217:1 | 217:19 |
| 217:22 | 217:23 |

## DEPOSITION OF PHIL RAYGORODETSKY

| Start | End |
|---|---|
| 10:10 | |
| 10:19 | 10:25 |
| 11:4 | 11:23 |
| 14:19 | 14:25 |
| 16:14 | 17:4 |
| 18:2 | 18:12 |
| 19:4 | 20:14 |
| 20:20 | 20:21 |
| 23:5 | 23:17 |
| 27:2 | 27:12 |
| 28:9 | 28:23 |
| 29:2 | 29:23 |
| 30:1 | |
| 34:16 | 36:5 |
| 36:15 | 39:10 |
| 41:3 | 42:15 |
| 42:18 | 43:22 |
| 44:2 | 44:25 |
| 49:8 | |
| 50:2 | 51:4 |
| 55:17 | 56:1 |
| 56:4 | 59:25 |
| 62:10 | 63:21 |
| 63:24 | 64:1 |
| 64:5 | 67:2 |
| 67:5 | 70:20 |
| 72:19 | 72:20 |
| 72:23 | 74:23 |
| 79:20 | 80:12 |
| 82:6 | 83:22 |
| 84:23 | 86:18 |
| 86:21 | 87:13 |
| 87:23 | 88:6 |
| 92:2 | 93:20 |
| 94:7 | 94:15 |
| 94:18 | 95:4 |
| 95:9 | 95:11 |
| 96:25 | 97:24 |
| 110:23 | 111:5 |
| 137:19 | 137:25 |
| 141:10 | 141:12 |

| | |
|---|---|
| 141:15 | 141:22 |
| 141:25 | 143:11 |
| 143:14 | 145:18 |
| 145:21 | 146:1 |
| 146:4 | 148:10 |

## DEPOSITION OF GREG SCHUNK

| Start | End |
| --- | --- |
| 15:17 | 16:14 |
| 27:11 | 28:13 |
| 29:15 | 29:18 |
| 29:20 | 30:20 |
| 33:1 | 33:8 |
| 38:12 | 40:10 |
| 40:12 | 40:18 |
| 40:20 | 41:2 |
| 41:4 | 42:11 |
| 44:16 | 46:4 |
| 47:9 | 48:11 |
| 49:12 | 51:2 |
| 51:12 | 53:25 |
| 54:2 | 54:16 |
| 59:12 | 61:7 |
| 61:9 | 61:16 |
| 61:18 | 62:9 |
| 62:11 | 63:7 |
| 66:23 | 67:17 |
| 67:19 | 69:15 |
| 69:17 | 70:22 |
| 70:24 | 71:20 |
| 79:6 | 79:23 |
| 79:25 | |
| 106:25 | 108:19 |
| 109:24 | 110:20 |
| 111:12 | 112:18 |
| 112:20 | 112:23 |
| 113:1 | 116:21 |
| 117:14 | 119:3 |
| 120:6 | 120:21 |
| 120:23 | 121:23 |
| 121:25 | 123:4 |
| 123:6 | 123:14 |
| 125:22 | 127:9 |
| 137:1 | 138:12 |
| 138:14 | 139:16 |
| 139:18 | 140:12 |
| 141:13 | 143:1 |
| 143:3 | 143:7 |
| 143:9 | 143:10 |

FishmanHaygood

| | |
|---|---|
| 144:2 | 144:9 |
| 147:5 | 148:1 |
| 148:3 | 148:15 |
| 148:17 | 148:18 |
| 149:18 | 150:3 |
| 150:5 | 150:11 |
| 150:13 | 152:24 |
| 160:22 | 161:19 |
| 161:21 | 163:13 |
| 163:15 | 163:16 |
| 164:25 | 165:15 |
| 164:17 | 166:3 |
| 170:24 | 173:5 |
| 173:7 | 173:19 |
| 173:21 | 173:22 |
| 178:16 | 178:20 |
| 191:4 | 194:18 |
| 194:20 | 195:3 |
| 198:16 | 199:10 |
| 208:11 | 209:7 |

FishmanHaygood

## DEPOSITION OF TERRY TAFT

| Start | End |
|---|---|
| 32:23 | 33:7 |
| 34:3 | 34:7 |
| 39:17 | 40:16 |
| 55:4 | 55:13 |
| 56:2 | 59:21 |
| 61:18 | 64:3 |
| 69:5 | 69:18 |
| 70:18 | 71:5 |
| 75:10 | 76:14 |
| 76:16 | 76:23 |
| 77:2 | 77:7 |
| 77:9 | 77:16 |
| 77:18 | 79:12 |
| 84:10 | 84:21 |
| 84:23 | 85:5 |
| 88:12 | 96:5 |
| 96:7 | 96:17 |
| 96:19 | 96:22 |
| 97:1 | 98:18 |
| 98:20 | 99:2 |
| 99:4 | 101:3 |
| 101:5 | |
| 101:10 | 102:20 |
| 104:20 | 106:16 |
| 106:18 | |
| 108:7 | 108:20 |
| 109:7 | 109:21 |
| 109:23 | 110:2 |
| 110:19 | 112:4 |
| 113:20 | 114:2 |
| 114:4 | 115:9 |
| 115:11 | 116:19 |
| 117:8 | 121:21 |
| 122:16 | 123:7 |
| 125:5 | 127:15 |
| 128:17 | 129:10 |
| 130:8 | 131:12 |
| 132:6 | 133:14 |
| 133:16 | 133:22 |
| 137:8 | 140:9 |
| 140:11 | 141:14 |

FishmanHaygood

| | |
|---|---|
| 141:16 | 141:21 |
| 141:23 | 143:13 |
| 143:16 | 144:7 |
| 144:9 | 144:12 |
| 146:21 | 147:10 |
| 147:12 | 148:7 |
| 148:9 | 148:18 |
| 148:20 | 149:3 |
| 150:15 | 150:17 |
| 156:1 | 156:11 |
| 156:13 | 157:6 |
| 157:8 | 157:13 |

**DEPOSITION OF BOB UNFRIED**

| Start | End |
| --- | --- |
| 14:4 | 14:17 |
| 21:21 | 22:5 |
| 24:2 | 25:1 |
| 25:22 | 27:2 |
| 29:12 | 30:14 |
| 31:15 | 33:16 |
| 33:19 | 35:5 |
| 36:10 | 36:19 |
| 38:7 | 39:8 |
| 57:12 | 57:14 |
| 58:4 | 61:11 |
| 66:23 | 70:2 |
| 88:20 | 90:1 |
| 90:10 | 90:18 |
| 90:21 | 94:4 |
| 95:1 | 100:6 |
| 101:9 | 105:7 |
| 106:14 | 107:9 |
| 107:12 | 111:23 |
| 115:13 | 117:11 |
| 117:13 | 117:19 |
| 118:8 | 123:3 |
| 123:6 | 126:16 |
| 127:7 | 137:17 |
| 137:20 | 137:23 |
| 138:3 | 138:8 |
| 138:11 | 140:10 |
| 140:12 | 140:20 |
| 142:8 | 144:8 |
| 144:10 | 148:11 |
| 148:14 | 148:20 |
| 149:1 | 152:13 |
| 152:15 | 152:19 |
| 152:21 | 153:17 |
| 153:23 | 154:17 |
| 154:20 | 159:15 |
| 159:22 | 164:13 |
| 164:16 | 165:8 |
| 165:10 | 165:20 |
| 166:7 | 168:5 |
| 168:7 | 169:14 |

FishmanHaygood

| | |
|---|---|
| 169:23 | 170:19 |
| 172:5 | 175:1 |
| 175:10 | 175:22 |
| 177:8 | 177:13 |
| 178:3 | 179:16 |
| 179:18 | 181:3 |

## DEPOSITION OF MICHAEL WILLIAMS

| Start | End |
|---|---|
| 8:11 | 11:12 |
| 18:25 | 20:18 |
| 20:21 | 23:7 |
| 23:10 | 23:17 |
| 24:8 | 24:14 |
| 24:19 | 27:1 |
| 27:4 | 28:15 |
| 30:17 | 33:2 |
| 34:10 | 34:23 |
| 35:25 | 37:6 |
| 37:9 | 38:8 |
| 39:1 | 39:20 |
| 39:23 | 40:6 |
| 40:12 | 40:14 |
| 40:17 | 40:23 |
| 41:1 | 41:13 |
| 42:5 | 43:3 |
| 43:6 | 44:10 |
| 45:3 | 47:7 |
| 48:2 | 50:1 |
| 50:4 | 50:10 |
| 50:13 | 51:20 |
| 51:23 | 52:5 |
| 52:8 | 52:14 |
| 53:1 | 54:4 |
| 54:7 | 57:10 |
| 57:19 | 58:9 |
| 58:18 | 60:22 |
| 61:1 | 62:5 |
| 62:8 | 62:17 |
| 63:7 | 64:6 |
| 64:9 | 64:25 |
| 65:15 | 66:15 |
| 66:21 | 68:13 |
| 69:25 | 70:15 |
| 70:18 | 70:23 |
| 74:4 | 74:18 |
| 74:21 | 74:25 |
| 75:9 | 75:25 |
| 76:3 | 76:10 |
| 76:25 | 77:5 |

FishmanHaygood

| | |
|---|---|
| 77:8 | 77:18 |
| 77:24 | 79:12 |
| 79:17 | 80:21 |
| 80:24 | 81:6 |
| 81:8 | 82:1 |
| 84:23 | 85:2 |
| 86:15 | 88:21 |
| 88:24 | 89:8 |
| 99:10 | 99:16 |
| 100:3 | 100:20 |
| 103:7 | 103:18 |
| 107:15 | 108:5 |

Dated: March 26, 2024                     Respectfully submitted,

By:     */s/ Jason W. Burge*
        Brent B. Barriere (La. Bar. No. 2848)
        Jason W. Burge (La. Bar No. 30420)
        Kaja Elmer (La. Bar No. 35568)
        Julie S. Meaders (LA Bar No. 39984)
        FISHMAN HAYGOOD, L.L.P.
        201 St. Charles Avenue, Suite 4600
        New Orleans, Louisiana 70170
        Telephone: (504) 586-5252
        bbarriere@fishmanhaygood.com
        jburge@fishmanhaygood.com
        kelmer@fishmanhaygood.com
        jmeaders@fishmanhaygood.com

        Joseph C. Peiffer (La. Bar No. 26459)
        Brandon M. Wise (Mo. Bar No. 67242)
        PEIFFER WOLF CARR & KANE, APLC
        818 Lafayette Ave., Floor 2
        St. Louis, Missouri 63104
        Telephone: (314) 833-4825
        jpeiffer@pwcklegal.com
        bwise@pwcklegal.com

FishmanHaygood

        Eric J. O'Bell (La. Bar No. 26693)
        Bradley T. Oster (La. Bar No. 35540)
        O'BELL LAW FIRM, LLC
        3500 North Hullen Street
        Metairie, Louisiana 70002
        Telephone: (504) 456-8677
        ejo@obelllawfirm.com
        brad@obelllawfirm.com

        Hugh P. Lambert, T.A. (La. Bar No. 7933)
        Cayce C. Peterson, Esq. (La. Bar No. 32217)
        THE LAMBERT FIRM, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        hlambert@thelambertfirm.com
        cpeterson@thelambertfirm.com

        Randal L. Gaines, Esq. (La. Bar No. 17576)
        7 Turnberry Drive
        LaPlace, Louisiana 70068
        Telephone: (225) 647-3383
        attyrandal@gmail.com
        Kevin J. Mangan, pro hac pending
        Nicholas T. Verna, pro hac pending
        WOMBLE BOND DICKINSON (US) LLP
        1313 North Market Street, Suite 1200
        Wilmington, Delaware 19801
        Telephone: (312) 252-4320
        kevin.mangan@wbd-us.com
        nick.verna@wbd-us.com

        *Attorneys for Plaintiffs and Class Members*

## CERTIFICATE

I hereby certify that on March 25, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                               */s/ Jason W. Burge*