UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY FLEMING et al | CIVIL ACTION |
| VERSUS | NO: 20-1476 |
| BAYOU STEEL BD HOLDINGS II LLC, et al | SECTION: "J"(4) |

### FINAL JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law issued on April 15, 2024 (Rec. Doc. 168),

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Black Diamond Capital Management, LLC, and against Plaintiffs, Troy Fleming, Ronnie Millet, Jarrod Nabor, Davarian Ursin, and Charles Ziegeler, dismissing Plaintiffs' complaint at their cost.

New Orleans, Louisiana, this 16th day of April, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE