UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY FLEMING, JARROD NABOR, DAVARIAN URSIN, CHARLES ZIEGELER, and RONNIE MILLET, on behalf of themselves and all others similarly situated,** | **CIVIL ACTION** |
| | **NO. 2:20-CV-01476** |
| Plaintiffs, | **SECTION 'J' (4)** |
| Versus | **JUDGE CARL J. BARBIER** |
| **BAYOU STEEL BD HOLDINGS II, L.L.C. and BLACK DIAMOND CAPITAL MANAGEMENT, LLC,** | **MAG. KAREN WELLS ROBY** |
| Defendants. | |

# NOTICE OF APPEAL

Please take notice that pursuant to Federal Rule of Appellate Procedure 3, Plaintiffs Troy Fleming, Jarrod Nabor, Davarian Ursin, Charles Ziegeler, and Ronnie Millet (collectively, "Plaintiffs") in the above-named case hereby appeal to the United States Fifth Circuit Court of Appeals from the Final Judgment dated April 16, 2024 in favor of Defendant Black Diamond Capital Management, LLC.

This notice is timely filed within thirty days after the entry of the Court's Judgment in favor of Defendant Black Diamond Capital Management, LLC.

Dated: May 1, 2024

                                                                 Respectfully submitted,
                                                                  */s/Jason W. Burge*
                                                                  Brent B. Barriere (La. Bar No. 2848)
                                                                 Jason W. Burge (La. Bar No. 30420)
                                                                  Kaja S. Elmer (La. Bar No. 35568)
                                                                  Julie S. Meaders (La. Bar No. 39984)
                                                                  Fishman Haygood, L.L.P.

201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: 504-586-5252
bbarriere@fishmanhaygood.com
jburge@fishmanhaygood.com
kelmer@fishmanhaygood.com

Joseph C. Peiffer (La. Bar No. 26459)
Brandon M. Wise (Mo. Bar No. 67242)
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, Missouri 63104
Telephone: (314) 833-4825
jpeiffer@pwcklegal.com
bwise@pwcklegal.com

Eric J. O'Bell (La. Bar No. 26693)
Bradley T. Oster (La. Bar No. 35540)
O'BELL LAW FIRM, LLC
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8677
ejo@obelllawfirm.com
brad@obelllawfirm.com

Hugh P. Lambert, T.A. (La. Bar No. 7933)
Cayce C. Peterson, Esq. (La. Bar No. 32217)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
hlambert@thelambertfirm.com
cpeterson@thelambertfirm.com

Randal L. Gaines, Esq. (La. Bar No. 17576)
7 Turnberry Drive
LaPlace, Louisiana 70068
Telephone: (225) 647-3383
attyrandal@gmail.com

*Attorneys for Plaintiffs and Class Members*

**<u>CERTIFICATE</u>**

I hereby certify that on May 1, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jason W. Burge*