# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

July 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30291   Fleming v. Black Diamond Captl
                  USDC No. 2:20-CV-1476

Enclosed is an order entered in this case.

The court has considered the motion of Ronnie Millet, Jarrod Nabor, Troy Fleming, Davarian Ursin, Charles Ziegeler to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Ronnie Millet, Jarrod Nabor, Troy Fleming, Davarian Ursin, Charles Ziegeler may obtain all ex parte documents *filed on behalf of* Ronnie Millet, Jarrod Nabor, Troy Fleming, Davarian Ursin, Charles Ziegeler, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                       Sincerely,

                                         LYLE W. CAYCE, Clerk

                                         */s/ Whitney M. Jett*
By: _____
    Whitney M. Jett, Deputy Clerk
    504-310-7772

Mr. Brent Bennett Barriere
Mr. Harvey Sylvanous Bartlett III
Mr. Jason W. Burge
Mrs. Kaja Stamnes Elmer
Mr. Randal Leroy Gaines
Mr. Hugh P. Lambert
Mr. Don S. McKinney
Ms. Julie Schwartzwald Meaders
Ms. Carol L. Michel
Mr. Eric J. O'Bell
Mr. Joseph C. Peiffer
Mr. Martin A. Stern
Mr. Jeffrey H. Zaiger